KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
08 MAR 13 AM 9:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES,<br>Defendant. | Civil No. '08 CV U468 J POR<br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendant, ONE 2006 NISSAN ARMADA SUV (hereinafter "defendant vehicle"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendant vehicle was found within this district.

3. On September 12, 2007, agents from the Drug Enforcement Administration were contacted by a cooperating subject (hereinafter "CS"). The CS informed the agents that a drug trafficker by the name of Benito Tapia was looking for a new source of supply for methamphetamine. Agents learned Tapia was coming to San Diego in hopes of meeting a new source of supply. Agents told the CS to inform Tapia that they had a source who could supply him with multi-pound quantities

//

2008V00050:DMM:mia

of methamphetamine for $13,500 a pound. A meeting was set up for 2:00 p.m. at Caffe Tazza in the city of Chula Vista.

At approximately 1:55 p.m., agents observed three Hispanic males in a black Silverado enter the parking lot. The Silverado parked across the parking lot for about five minutes, then was moved to near the Caffe Tazza. The three men got out of the vehicle and entered a taco shop. They were later identified as Tapia, Richard Hernandez, and Francisco Juarez. All three men met the CS and negotiated the reverse purchase of methamphetamine for about 35 minutes. The men then left the taco shop and were observed driving North on Interstate 805.

On September 17, 2007, the three men again came to San Diego to meet with the CS. On this occasion a special agent was present in an undercover capacity. The agent asked whether the three men were ready to conduct the previously negotiated deal for fifteen pounds of methamphetamine. Tapia stated that they were, and Juarez said he wanted to see the merchandise. The CS said they wanted to see the money as well. Juarez stated that the money was nearby, but that he needed to see the methamphetamine first. It later became clear the money was not in San Diego and the deal would not proceed.

Juarez then moved away from the meeting and made a phone call. When he returned he asked if a pound of methamphetamine could be purchased to test the quality. The agent responded that he was not a pound dealer, and this was a waste of time. The agent told the men to contact the CS if they were willing to show the money, and the meeting was terminated.

At approximately 3:28 p.m. the three men, the CS and special agent met again at a Starbucks in National City. They began to negotiate once again, and the three men assured them they had plenty of money that was an hour or two away. The agent then made a phone call and asked for a flash of fifteen pounds of methamphetamine. Another undercover agent soon arrived with the flash, and Juarez walked over to the car and looked at it. More conversation regarding the three men's money and their access to it followed, but the meeting was ended when no money could be produced.

On October 15, 2007, the CS again contacted Tapia with the undercover agent present. They offered Tapia the option of bringing down vehicles in exchange for multiple pounds of methamphetamine. Tapia stated he would attempt to get permission to do that.

On October 30, 2007, it was agreed through negotiations that Tapia would deliver a 2006 Nissan Armada in exchange for methamphetamine. At approximately 2:00 p.m. the undercover agent and CS agreed to meet Tapia and Hernandez at a McDonalds parking lot to negotiate the exchange of the Nissan Armada for methamphetamine. Tapia and Hernandez arrived at the parking lot with a dark blue Nissan Armada, California license plate 5RQF180, registered to Blanca I. Cardoza. It was later discovered that Ms. Cardoza is Hernandez's mother. Hernandez stated that this was the only vehicle he had to trade, and he wanted two and one-half pounds of methamphetamine for the vehicle. Hernandez provided the pink slip for the vehicle. More negotiations continued about how the deal would be completed. As they were negotiating, Hernandez told Tapia to mind his own business because the car was his and he made the decisions on what was going to be done. The arrest team then moved in and placed both Tapia and Hernandez under arrest.

Agents read Tapia his Miranda rights and he agreed to speak without an attorney present. Tapia explained that he became involved in narcotics sales through Jaime Valdez, the stepfather of Hernandez. Tapia said Hernandez received the Armada keys for the transaction from Valdez. Hernandez told Tapia that he received permission from his parents to utilize the Armada in exchange for drugs. Tapia also stated that Hernandez received many phone calls during the ride down from his wife or mother. The calls involved the caller telling Hernandez to be careful, and Hernandez replying "Okay Mommy, everything will be okay, and I'll meet you in Temecula."

4. On and/or prior to October 30, 2007, the defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

5. Alternatively, on and/or prior to October 30, 2007, the defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, on and/or prior to October 30, 2007, the defendant vehicle was used or was intended to be used to facilitate a violation of Title 21 of the United States Code, Section 881.

//

//

7. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4) and (a)(6).

8. The defendant vehicle is presently stored within the jurisdiction of this Court.

9. The value of the defendant vehicle is approximately $25,470.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: March 13, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

## VERIFICATION

I, Matthew Wells, hereby state and declare as follows:

1. I am a Special Agent with the Drug Enforcement Administration.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 3/12/2008.

MATTHEW WELLS, Special Agent
Drug Enforcement Administration

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

UNITED STATES OF AMERICA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) San Diego

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

**DEFENDANTS**

ONE 2006 NISSAN ARMA[illegible] LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

ATTORNEYS (IF KNOWN)

'08 CV 0468 J POR

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

CONTRACT
- [ ] 110 Insurance
- [ ] Marine
- [ ] Miller Act
- [ ] Negotiable Instrument
- [ ] 150 Recovery of &Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Loans (Excl. Veterans)
- [ ] 153Recovery of of Veterans Benefits
- [ ] 160 Stockholders Suits
- [ ] Other Contract
- [ ] 195 Contract Product

REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease &
- [ ] 240 Tort to Land
- [ ] 245 Tort Product
- [ ] 290 All Other Real

TORTS — PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product
- [ ] 320 Assault, Libel &
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Liability
- [ ] 360 Other Personal

TORTS — PERSONAL INJURY
- [ ] 362 Personal Injury-Medical Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

PRISONER PETITIONS
- [ ] 510 Motions to Vacate Habeas Corpus
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prisoner Conditions

FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [X] 625 Drug Related of Property 21 USC881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational
- [ ] 690 Other

LABOR
- [ ] 710Fair Labor Standards
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor
- [ ] 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC

PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

SOCIAL SECURITY
- [ ] 861 HIA (13958)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. or Defendant)
- [ ] 871 IRS - Third Party 26 USC 7609

OTHER STATUTES
- [ ] 400 State Reappointment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Exchange
- [ ] 875 Customer Challenge
- [ ] 891 Agricultural Acts
- [ ] 892 Economic
- [ ] 893 Environmental
- [ ] 894 Energy Allocation
- [ ] 895 Freedom of
- [ ] 900 Appeal of Fee Under Equal Access to
- [ ] 950 Constitutionality of
- [ ] 890 Other Statutory

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY (See** JUDGE Docket Number

DATE
March 13, 2008

SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA

CR