UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES,<br><br>Defendant. | Civil No. 08cv0468-JLS(POR)<br><br>ORDER: APPOINTING U.S. MARSHAL AS CUSTODIAN |

Upon a motion by Plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant vehicle, the United States Marshal for the Southern District of California shall be custodian of the defendant vehicle on behalf of this Court until further order.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant vehicle.

DATED: April 2, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge