**KIRT J. HOPSON**
**Attorney at Law**
**9844 South Paramount Boulevard**
**Downey, California 90240-3874**
**(562) 861-6313**
**State Bar No. 111091**
**E-mail: kjhlawoffice@hotmail.com**

Attorney for Claimant
BLANCA IRENE CARDOZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES,<br><br>Defendant.<br>___<br><br>BLANCA IRENE CARDOZA,<br><br>Claimant.<br>___ | Case No. 08-CV-0468-JLS(POR)<br><br>**CLAIM OF BLANCA IRENE CARDOZA, PURSUANT TO RULE G(5), SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS, FEDERAL RULES OF CIVIL PROCEDURE FOR THE UNITED STATES DISTRICT COURTS** |

Claimant BLANCA IRENE CARDOZA ("Claimant") hereby files her Claim to Defendant ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES (the Defendant vehicle”), which was seized by agents of Plaintiff UNITED STATES OF AMERICA on or about October 30, 2007, and the forfeiture of which is sought in this action, and, Claimant declares in support of her Claim as follows:

1. Claimant is an individual residing at 15798 Fiddleleaf Road in the City of Fontana, County of San Bernardino, State of California.

2. Claimant has an interest in the Defendant vehicle, which is recognized under the laws of the State of California, namely, that of legal owner, being the person in whose name the Defendant vehicle is duly registered with the State of California;

3. Claimant's interest in the Defendant vehicle was acquired in good faith and by lawful means;

4. Claimant has paid most, if not all, of the expenses relating to the operation and maintenance of the Defendant vehicle;

5. Claimant has exercised possession and control over the Defendant vehicle since its purchase; and,

6. To the best of her knowledge, Claimant is the sole holder of any interest in the Defendant vehicle.

Based on the above, Claimant requests that the United States District Court for the Southern District of California grant Claimant her rights in, and possession to, the Defendant vehicle, to the extent of her ownership interest.

Dated: April ____, 2008

**s/Kirt J. Hopson**
**Attorney for Claimant**
**BLANCA IRENE CARDOZA**
**E-mail: kjhlawoffice@hotmail.com**