**VERIFICATION**

I, **BLANCA IRENE CARDOZA**, am the Claimant in the action entitled, UNITED STATES OF AMERICA v. ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES, case number 08-CV-0468-J(POR).

I have read the document entitled **Claim of Blanca Irene Cardoza, Pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure for the United States District Courts**, and, I know the contents of that document.

The information contained in that document is true to the extent of my personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed on **April** 16, **2008**, at Downey, California.

Blanca I. Cardoza

**BLANCA IRENE CARDOZA**