# CERTIFICATE OF SERVICE

I, **MICHAEL D. CELIO**, declare:

1. I am a citizen of the United States of America, and, a resident of Los Angeles County, California;

2. My business address is 9844 South Paramount Boulevard, Downey, California 90240;

3. I am over the age of 18 years, and, I am not a party to this action;

4. On **April 17, 2008**, I electronically transmitted the document entitled **Claim of Blanca Irene Cardoza, Pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure for the United States District Courts** to the Clerk of the Court for the United States District Court, Southern District of California, using the ECF (Electronic Case Filing) system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

   **David M. McNees, Special Assistant United States Attorney [david.mcnees@usdoj.gov]**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **April 17, 2008**, at Downey, California.

**s/MICHAEL D. CELIO**