**KIRT J. HOPSON**
**Attorney at Law**
**9844 South Paramount Boulevard**
**Downey, California 90240-3874**
**(562) 861-6313**
**State Bar No. 111091**
**E-mail: kjhlawoffice@hotmail.com**

Attorney for Claimant
BLANCA IRENE CARDOZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES,<br><br>Defendant. | Case No. 08-CV-0468-JLS(POR)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR FORFEITURE BASED ON ITS FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT [FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6)]** |
| BLANCA IRENE CARDOZA,<br><br>Claimant. | Date: June 20, 2008<br>Time: 10:30 a.m.<br>Courtroom: 6<br>Judge: Sammartino |

TO PLAINTIFF UNITED STATES OF AMERICA, AND, TO THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that on June 20, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Janis L. Sammartino, United States District Judge, located at the Edward J. Schwartz United States Courthouse, 880 Front Street, San Diego, California 92101-8900,

Claimant BLANCA IRENE CARDOZA ("Claimant") will move the United States District Court to dismiss the Complaint for Forfeiture filed in the above-captioned case, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), based on the ground that the Complaint for Forfeiture fails to state a claim upon which relief can be granted by this Court, or, in the alternative, will move the District Court for summary judgment, in that:

1. the forfeiture of Defendant ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES ("the Defendant vehicle"), in proportion to the conduct of Claimant, is an excessive fine, within the meaning of the Eighth Amendment to the U.S. Constitution, and, thus, the forfeiture is unconstitutional; and,

2. the forfeiture of the Defendant vehicle is not permitted by federal law, as Claimant is an innocent owner within the meaning of 18 United States Code section 983(d).

The motion will be based on this Notice of Motion and Motion, on the Declaration of Claimant and the Memorandum of Points and Authorities filed herewith, on all of the pleadings and papers otherwise filed herein, and, on such other evidence as may be presented at the hearing on the motion.

Dated: May 6, 2008

**s/Kirt J. Hopson**
**Attorney for Claimant**
**BLANCA IRENE CARDOZA**
**E-mail: kjhlawoffice@hotmail.com**