**KIRT J. HOPSON**
**Attorney at Law**
**9844 South Paramount Boulevard**
**Downey, California 90240-3874**
**(562) 861-6313**
**State Bar No. 111091**
**E-mail: kjhlawoffice@hotmail.com**

Attorney for Claimant
BLANCA IRENE CARDOZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES,<br><br>Defendant.<br>_______________<br><br>BLANCA IRENE CARDOZA,<br><br>Claimant.<br>_______________ | Case No. 08-CV-0468-JLS(POR)<br><br>**DECLARATION OF CLAIMANT BLANCA IRENE CARDOZA IN SUPPORT OF THE MOTION TO DISMISS THE COMPLAINT FOR FORFEITURE, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

Claimant BLANCA IRENE CARDOZA ("Claimant") hereby submits this Declaration in support of her motion to dismiss the Complaint for Forfeiture based on its failure to state a claim upon which relief can be granted.

/// /// ///

/// /// ///

/// /// ///

**DECLARATION OF BLANCA IRENE CARDOZA**

I, BLANCA IRENE CARDOZA, declare:

1. I am over the age of eighteen (18) years.

2. The facts stated in this Declaration are based on my personal knowledge, and, if I were called to testify to them in a court of a law, I could and would do so competently.

3. I reside at 15798 Fiddleleaf Road in the City of Fontana, County of San Bernardino, State of California.

4. I am the sole legal owner of the Defendant vehicle.

5. The Defendant vehicle is registered with the State of California.

6. I am listed as the registered owner of the Defendant vehicle on the registration card for the Defendant vehicle.

7. I purchased the Defendant vehicle in February of 2006 for approximately $26,000.

8. I used monies obtained from re-financing my house to purchase the Defendant vehicle.

9. I have paid all of the expenses relating to the operation and maintenance of the Defendant vehicle.

10. I have had either possession of, or control over, the Defendant vehicle at all times since its purchase.

11. I am the mother of Richard Hernandez, who was arrested on October 30, 2007, while in possession of the Defendant vehicle.

/// /// ///

/// /// ///

12. I have never signed the certificate of ownership, or what is commonly known as the "pink slip", for the Defendant vehicle.

13. I have never told any person that I would sign the "pink slip" for the Defendant vehicle.

14. On October 30, 2007, I did not give Richard Hernandez permission to drive, or otherwise to use, the Defendant vehicle.

15. Prior to his arrest on October 30, 2007, I had no knowledge that my son Richard Hernandez was engaged in any conduct involving narcotics or any other illegal drugs.

16. I received one call from my son Richard Hernandez on October 30, 2007, prior to his arrest; this call was in response to a call of mine.

17. In this call, Richard Hernandez did not tell me where he was going or who he was with, and, he did not tell me that he would meet me in Temecula.

18. To my knowledge, I have only met or spoken to Benito Tapia, with whom Richard Hernandez was arrested on October 30, 2007, on a casual basis; I knew him only as a person who came to my house to wash our vehicles.

19. I have no knowledge that Jaime Valdez, my common law spouse, is engaged in any conduct involving narcotics or any other illegal drugs.

20. At the time of the seizure of the Defendant vehicle, I had no knowledge that any other person had given permission to Richard Hernandez to drive, or otherwise to use, that vehicle.

21. At the time of the seizure of the Defendant vehicle, I had given no person permission to drive, or otherwise to use, the Defendant vehicle.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 1, 2008, at Downey, California.

**BLANCA IRENE CARDOZA**
**Declarant**