UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N71700,<br>Defendant. | Civil No. 08-cv-0468-JLS (POR)<br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

By Order of the Court, an Early Neutral Evaluation conference was scheduled to be held in this matter on May 27, 2008 at 11:00 a.m. David McNees appeared as counsel for Plaintiff. Claimant and claimant's counsel failed to appear, in violation of the Court's Order. The Court reserves issuing sanctions at this time. The Early Neutral Evaluation conference scheduled for May 27, 2008 shall be rescheduled to **June 4, 2008** at **4:00 p.m.** The Conference shall be held in the Chambers of the Honorable Louisa S. Porter, United States Magistrate Judge, First Floor, 940 Front Street, San Diego, California 92101.

Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, **all counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference**, shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the Early Neutral Evaluation Conference. The parties must be prepared to present demands and offers of settlement. Counsel for any non-English speaking parties is

responsible for arranging for the appearance of an interpreter at the conference. **Failure of required counsel and parties to appear <u>in person</u> will be cause for the imposition of sanctions.** All conference discussions will be informal, off the record, privileged, and confidential.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);
2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;
3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,
4. The scheduling of a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an order following the Early Neutral Evaluation Conference addressing these issues and setting dates as appropriate.

Questions regarding this case may be directed to Judge Porter's law clerk, David K. Ries, at (619) 557-5383.

DATED: May 27, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Janis L. Sammartino
All parties