UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N71700, Defendant. | Civil No. 08-cv-0468-JLS (POR) **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On June 2, 2008, the Court held an Early Neutral Evaluation. Claimant Blanca Cardoza appeared, with Kirt Hopson as counsel. David McNees appeared as counsel for Plaintiff. The case did not settle at the Early Neutral Evaluation conference. The Court consulted with counsel and discussed compliance with Federal Rule of Civil Procedure 26. Due to Claimant's pending motion to dismiss the forfeiture action, or Claimant's need to alternatively file an answer, the parties request that the dates for compliance with Federal Rule of Civil Procedure 26 be delayed to allow for resolution of Claimant's motion. Accordingly, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **July 16, 2008**.
2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **July 25, 2008**.
3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **August 4, 2008**.

///

4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **August 11, 2008** at **9:30 a.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall arrange and initiate the call.

5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: June 5, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Janis L. Sammartino
all parties