**KIRT J. HOPSON**
**Attorney at Law**
**9844 S. Paramount Boulevard**
**Downey, California 90240-3874**
**(562) 861-6313**
**State Bar No. 111091**

Attorney for Claimant
BLANCA IRENE CARDOZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES,<br><br>Defendant. | Civil No. 08-CV-0468-JLS(POR)<br><br>**NOTICE OF WITHDRAWAL OF CLAIMANT'S MOTION** |
| BLANCA IRENE CARDOZA,<br><br>Claimant. | |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND, TO THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

NOTICE IS HEREBY GIVEN that the Notice of Motion and Motion to Dismiss Complaint for Forfeiture Based on its Failure to State a Claim Upon which Relief Can Be Granted, or, in the Alternative, for Summary Judgment, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), filed by Claimant BLANCA IRENE

CARDOZA on May 6, 2008, and set for hearing before United States District Judge Janis Sammartino of the United States District Court for the Southern District of California on June 20, 2008, at 10:30 a.m., is hereby withdrawn by Claimant BLANCA IRENE CARDOZA.

Dated: June 16, 2008

**s/Kirt J. Hopson**
**KIRT J. HOPSON**
**Attorney for Claimant**
**BLANCA IRENE CARDOZA**
**E-mail: kjhlawoffice@hotmail.com**