# CERTIFICATE OF SERVICE

I, **MICHAEL D. CELIO**, declare:

1. I am a citizen of the United States of America, and, a resident of Los Angeles County, California;

2. My business address is 9844 South Paramount Boulevard, Downey, California 90240;

3. I am over the age of 18 years, and, I am not a party to this action;

4. On **July 15, 2008**, I electronically transmitted the document entitled **Answer of Claimant Blanca Irene Cardoza to Complaint for Forfeiture, and Demand for Jury Trial** to the Clerk of the Court for the United States District Court, Southern District of California, using the ECF (Electronic Case Filing) system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

   **David M. McNees, Special Assistant United States Attorney [david.mcnees@usdoj.gov]**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **July 15, 2008**, at Downey, California.



**MICHAEL D. CELIO**