KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN VIN: 5N1AA08A76N717100, ITS TOOLS AND APPURTENANCES,<br><br>Defendant. | Civil No. 08cv0468-JLS(POR)<br><br>JOINT DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. RULE 26(f) |

Pursuant to Rule 26(f), Federal Rules of Civil Procedure, Counsel for the parties jointly submit the following report.

DISCOVERY PLAN

1. By order of the Court, the initial disclosure required by Rule 26(a) shall be provided by August 4, 2008. By order of the Court, a case management conference will be held on August 11, 2008, at 9:30 a.m.

2. Per stipulation between the parties at the ENE conference, discovery has been exchanged. The discovery is not complete, but the general documents that each side requested have been provided to each side to attempt to settle the case. No depositions, interrogatories, or anything of that nature have been scheduled or exchanged. Both parties are hoping to settle this case, and if that cannot be accomplished, discovery could be completed by October 31, 2008.

//

3. No changes in discovery rules are contemplated, except as noted above.

4. No orders are contemplated pursuant to Rule 26(f)(4).

CLAIMS AND DEFENSES

Claimant Blanca Cardoza claims a legal interest in the defendant vehicle as owner. The defense to the forfeiture claimant will pursue is that she is an innocent owner of the vehicle, did not have knowledge of her son's narcotic trafficking activities, or that the vehicle would be used for such activities.

NEGOTIATIONS REGARDING SETTLEMENT

Counsel for the parties have met telephonically on two occasions and conferred regarding the potential for settlement of the case. Claimant has provided proof of ownership and purchase funds that were not related to narcotics. However, the government does not believe the vehicle should be returned in full based on an innocent owner theory, but is open to a negotiated return with a substantial percentage being retained by the government.

DATED: July 23, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ David M. McNees

DAVID M. McNEES
Special Assistant U.S. Attorney

DATED: July 23, 2008

s/ Kirt J. Hopson

KIRT J. HOPSON
Attorney for Claimant