UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N71700,<br>Defendant. | Civil No. 08-cv-0468-JLS (POR)<br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Following an Early Neutral Evaluation conference in this case which was held on June 2, 2008, a Case Management Conference was scheduled to be held on August 11, 2008. Counsel for the parties contacted chambers on August 6, 2008 and represented that the case had settled. Accordingly, IT IS HEREBY ORDERED:

1. The Case Management Conference scheduled to held on **August 11, 2008** shall be VACATED.

2. A Joint Motion for Forfeiture shall be submitted to the Honorable Janis L. Sammartino on or before **August 20, 2008**. A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. If a Joint Motion for Forfeiture is not submitted on or before August 20, 2008, then a Settlement Disposition Conference shall be held on **August 21, 2008**, at **9:30 a.m.** before Judge Porter. The conference shall be telephonic, with attorneys only.

Plaintiff's counsel shall arrange and initiate the conference call.

4. If a Joint Motion for Forfeiture is received on or before August 20, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: August 8, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Janis L. Sammartino
all parties