UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONE 2006 NISSAN ARMADA SUV, CA LICENSE NO. 5RQF180, VIN 5N1AA08A76N71700,

Defendant.

Civil No. 08-cv-0468-JLS (POR)

**ORDER RESCHEDULING SETTLEMENT DISPOSITION CONFERENCE**

Counsel for the parties contacted chambers on August 19, 2008 and jointly requested additional time to submit their Joint Motion for Forfeiture to the Honorable Janis L. Sammartino. By joint request of the parties, IT IS HEREBY ORDERED:

1. The Settlement Disposition Conference scheduled to held on August 21, 2008 shall be VACATED.

2. A Joint Motion for Forfeiture shall be submitted to the Honorable Janis L. Sammartino on or before **September 10, 2008**. A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. If a Joint Motion for Forfeiture is not submitted on or before September 10, 2008, then a Settlement Disposition Conference shall be held on **September 11, 2008**, at **9:30 a.m.** before Judge Porter. The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall arrange and initiate the conference call.

4. If a Joint Motion for Forfeiture is received on or before September 10, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: August 20, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Janis L. Sammartino
all parties